UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN BRENT, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | No. 2:22-cv-01005-JTF-atc |
| CHANCE LEEDS, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Motion To Dismiss The § 2254 Petition, Denying Motion To Excuse Late Filing, Denying The Petition Pursuant to 28 U.S.C. § 2254, Denying a Certificate of Appealability, Certifying That An Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal, which was docketed on July 24, 2023, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ John T. Fowlkes, Jr.
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE


August 7, 2023
DATE